DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY S. MORIARTY,**
Appellant,

v.

**MOLLY T. MORIARTY,**
Appellee.

No. 4D15-2990

[June 1, 2016]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Laurie E. Buchanan, Judge; L.T. Case No. 13-81 DV.

Timothy S. Moriarty, Daytona Beach, pro se.

Molly T. Moriarty, Stuart, pro se.

PER CURIAM.

We affirm the trial court's denial of appellant's motion to dissolve a domestic violence injunction. Appellant's motion did not allege any change in circumstances and merely attempted to challenge the initial procurement of the injunction, which is not a proper basis for modifying or dissolving an injunction. *Reyes v. Reyes*, 104 So. 3d 1206, 1207 (Fla. 5th DCA 2012). On appeal, appellant does not establish any reversible error in the court's denial of his motion.

*Affirmed.*

TAYLOR, MAY and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***